IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IVY QIU | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| METHOD RESIDENTIAL PB, INC. | : | NO. 22-4853 |

O R D E R

AND NOW, this 17th day of July 2023, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

ORDERED that the above action is DISMISSED with prejudice, pursuant to the agreement of counsel without costs.

                                                    Kate Barkman
                                                    Clerk of Court


                                  By:     s/ Joseph Walton
                                                      *Deputy Clerk*